UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

APHRODITE CONSTRUCTION         :
    Plaintiff,
                                :        Civil 05-895(JAP)
    v.
                                :        ORDER DISMISSING CASE
WEINREB                                    pursuant to L. Civ. R. 41.1
    Defendant,          :

    It appearing to the Court that the above case has been pending for more than four months without any proceeding having been taken therein, and no objection having been entered at a call of the calendar,

    It is on this 23rd day of January, 2006

    O R D E R E D  that the above case be and the same hereby is dismissed in accordance with L. Civ. R. 41.1 without prejudice and without cost to either party.

<u>S/JOEL A. PISANO, U.S.D.J.</u>